**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
VERONICA MATHIAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MATHIAS, an Individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>REDONDO BEACH PROPERTIES, a California limited liability company; and DOES 1-100,<br><br>                    Defendants. | Case No.: 2:19-cv-10209-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.**<br><br>[Fed.R.Civ.P. 41(a)]<br><br><br><br><br><br><br><br><br><br><br><br>Date Filed: December 2, 2019<br>Trial Date: Not Yet Set |

- 1 -

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the <u>Federal Rules of Civil Procedure</u>, Plaintiff VERONICA MATHIAS, voluntarily dismisses the above-captioned action without prejudice.

DATED: March 25, 2022 **MCFARLIN LLP**

By:   /s/ Timothy G. McFarlin
_____
Timothy G. McFarlin
Attorneys for Plaintiff
VERONICA MATHIAS

- 2 -